UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN,<br><br>              Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>              Defendants. | Case No. CV 18-02586 AB (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint; the motions for summary judgment filed by Defendants Scott Kernan, Debbie Asuncion, S. Morris, A.M. Chen, Gian Hernandez, and Manish Mehta (Dkt. No. 89) (collectively, "CDCR Defendants"), and by Defendant Iqbal Munir (Dkt. No. 90); Plaintiff's Oppositions to the motions for summary judgment and his supporting exhibits (Dkt. Nos. 92, 94-95, 97-98); CDCR Defendants' Reply (Dkt. No. 96); the Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 102); Plaintiff's Objections to the Report (Dkt. No. 103); and all of the other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which Plaintiff has objected. The Court is not persuaded by Plaintiff's Objections and hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations.

Accordingly, IT IS ORDERED that:

(1) Defendants Kernan, Asuncion, Morris, Chen, Hernandez, and Mehta's Motion for Summary Judgment is GRANTED;

(2) Defendant Munir's Motion for Summary Judgment is GRANTED; and

(3) Plaintiff's Complaint is dismissed with prejudice.

DATED: September 15, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE