1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12
13   BRUCE ALLEN,                          Case No. CV 18-02586 AB (RAO)
              Plaintiff,
14
15         v.                              JUDGMENT
16   SCOTT KERNAN, et al.,
              Defendants.
17
18
19         In accordance with the Order Accepting Report and Recommendation of
20   United States Magistrate Judge issued concurrently herewith,
21         IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is
22   DISMISSED with prejudice, and this action is dismissed.
23
24
25   DATE: September 15, 2020        _____
                                     ANDRÉ BIROTTE JR.
26                                   UNITED STATES DISTRICT JUDGE
27
28